IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THOMASINE GRANT                                                                                    PLAINTIFF

VS.                                                                    CIVIL ACTION NO.3:14CV960 TSL-RHW

ARLINGTON APARTMENTS OF JACKSON, LLC
and ALBERT BELMONTE, INDIVIDUALLY

### CLERK'S ENTRY OF DEFAULT

    Upon application of the Plaintiff in the above-styled and numbered cause, and pursuant to Rule 55 of the Federal Rules of Civil Procedures, default is hereby entered against Defendant Arlington Apartments of Jackson, LLC, for failure to plead or otherwise defend as provided by these rules.

    This the 16th day of June 2015.

                                                    ARTHUR JOHNSTON, clerk

                                                    By: _T. Carruth_
                                                        T. Carruth, Deputy Clerk